**FILED**

October 16, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                               )
         Plaintiff, )
                               )
v.                                )
                               )
Sean Christopher Robideaux,     )
                               )
                               )
         Defendant. )

Case No.  2:06-cr-418 WBS

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Sean Christopher Robideaux  Case 2:06-cr-418

WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

                __     Release on Personal Recognizance

                __     Bail Posted in the Sum of _____

                _X_   $50,000 Unsecured bond, co-signed by father

                __     Appearance Bond with 10% Deposit

                __     Appearance Bond secured by Real Property

                __     Corporate Surety Bail Bond

                _X_   (Other)  PTS conditions/supervision

Issued at  Sacramento, CA  on 10/16/06 _____ at  3:05. p.m.

By    _____
             Kimberly J. Mueller,
             United States Magistrate Judge