UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK ANTOINE LAWSON,<br><br>        Defendant.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SEAN CHRISTOPHER ROBIDEAUX,<br><br>        Defendant.<br>_____/ | CR. NO. S-06-417 LKK<br><br><br><br><br><br><br>CR. NO. S-06-418 WBS<br><br>**RELATED CASE ORDER** |

    Examination of the above-entitled criminal actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the government's Notice of Related Cases, the assignment of the matters to the same judge is likely to effect a substantial savings of

judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-06-418 WBS be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-06-418 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS FURTHER ORDERED that a status conference is set for November 28, 2006 at 9:30 a.m.

DATED:  November 6, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2