1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Supervising Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd  Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SEAN CHRISTOPHER ROBIDEAUX
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. CR-S-06-0418 LKK
                                    )
13              Plaintiff,          )
                                    ) DEFENDANT'S WAIVER OF APPEARANCE
14      v.                          )
                                    ) Judge:    Honorable Lawrence K.
15 SEAN CHRISTOPHER ROBIDEAUX,      )           Karlton
                                    )
16              Defendant.          )
                                    )
17 _____  )

18       Pursuant to Fed.R.Crim.P. 43, defendant, SEAN CHRISTOPHER
19 ROBIDEAUX, hereby waives the right to be present in person in open
20 court upon the hearing of any motion or other proceeding in this case,
21 including, but not limited to, further arraignments, entries of plea
22 and status conferences.
23       The defendant agrees that his interest will be deemed represented
24 at all times by the presence of his attorney, the same as if the
25 defendant were personally present.
26       The defendant further acknowledges that he has been informed of
27 his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
28 and authorizes his attorney to set times and dates under that Act

1 without his personal presence.

2 Dated: October 30, 2006

3

4                                          /s/ Sean Christopher Robideaux
                                         SEAN CHRISTOPHER ROBIDEAUX
5                                        (Original retained by attorney)

6

7     I concur in Mr. Robideaux's decision to waive his presence at

8 future proceedings.

9

10 Dated:  October  30, 2006        Respectfully submitted,

11                                  DANIEL J. BRODERICK
                                   Federal Defender
12

13
                                     /s/ Mary M. French
14                                 MARY M. FRENCH
                                   Supervising Assistant
15                                 Federal Defender
                                   Attorney for Defendant
16                                 SEAN CHRISTOPHER ROBIDEAUX

17

18

19 IT IS SO ORDERED.

20 Dated:  November 27, 2006

21                                 _____
22                                 LAWRENCE K. KARLTON
                                   United States District Judge

23

24

25

26

27

28

Waiver of Appearance                2