```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0418 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | Judge:   Honorable Lawrence K. |
| SEAN CHRISTOPHER ROBIDEAUX, ) |           Karlton |
| Defendant. ) | |
| _____ ) | |

This matter came on for Status Conference on November 28, 2006, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Philip Ferrari appeared on behalf of plaintiff the United States of America. Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant SEAN CHRISTOPHER ROBIDEAUX, whose presence was not required as a Waiver of Appearance is on file with the Court. A further status conference was set for January 17, 2007, at 9:30 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from November 28, 2006,

1  up to and including January 17, 2007.
2       Good cause appearing therefor,
3       IT IS ORDERED that a further status conference in this matter will
4  be held on January 17, 2007, at 9:30 a.m.
5       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
6  (iv) and Local Code T4, the period from November 28, 2006, up to and
7  including January 17, 2007, is excluded from the time computations
8  required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:   December 4, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                              2