```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0418 LKK |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| SEAN CHRISTOPHER ROBIDEAUX, | ) | DATE: February 13, 2007 |
| Defendant. | ) | TIME: 9:30 a.m. |
| _____ | ) | Judge: Honorable Lawrence K. Karlton |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant SEAN CHRISTOPHER ROBIDEAUX, and Laura Ferris, Assistant United States Attorney, attorney for the plaintiff, that the Status Conference hearing date of January 17, 2007, be vacated and that a Status Conference hearing date of February 13, 2007, at 9:30 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

It is further stipulated that the period from January 17, 2007, through and including February 13, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

                                  Respectfully submitted,

Dated: January 16, 2007
                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Mary M. French
                                  _____
                                  MARY M. FRENCH
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  SEAN CHRISTOPHER ROBIDEAUX

Dated: January 16, 2007            MCGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Mary M. French for
                                  _____
                                  LAURA FERRIS
                                  Assistant U.S. Attorney
                                  per telephonic authorization

                                  <u>ORDER</u>

IT IS SO ORDERED.

Dated: January 16, 2007

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT