DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-0418 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| SEAN CHRISTOPHER ROBIDEAUX, | ) Judge:  Honorable Lawrence K. Karlton |
| Defendant. | ) |

This matter came on for Status Conference on February 13, 2007, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Laura Ferris appeared on behalf of plaintiff the United States of America.  Assistant Federal Defender Lexi Negin (for Mary M. French) appeared on behalf of defendant SEAN CHRISTOPHER ROBIDEAUX, whose presence was not required as a Waiver of Appearance is on file with the Court.  A further status conference was set for March 20, 2007, at 9:30 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from February 13, 2007,

1  up to and including March 20, 2007.
2      Good cause appearing therefor,
3      IT IS ORDERED that a further status conference in this matter will
4  be held on March 20, 2007, at 9:30 a.m.
5      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
6  (iv) and Local Code T4, the period from February 13, 2007, up to and
7  including March 20, 2007, is excluded from the time computations
8  required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:   February 21, 2007

                /s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                 2