```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>SEAN CHRISTOPHER ROBIDEAUX, )<br>)<br>    Defendant. )<br>_____ ) | No. CR-S-06-0418 LKK<br><br>ORDER AFTER HEARING<br><br>Judge:   Honorable Lawrence K.<br>              Karlton |

     This matter came on for Status Conference on March 20, 2007, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Laura Ferris appeared on behalf of plaintiff the United States of America.  Assistant Federal Defender Mary M. French appeared on behalf of defendant SEAN CHRISTOPHER ROBIDEAUX, whose presence was not required as a Waiver of Appearance is on file with the Court.  A further status conference was set for April 24, 2007, at 9:30 a.m.

     Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from March 20, 2007, up to and including April 24, 2007.

1       Good cause appearing therefor,

2       IT IS ORDERED that a further status conference in this matter will
3  be held on April 24, 2007, at 9:30 a.m.

4       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5  (iv) and Local Code T4, the period from March 20, 2007, up to and
6  including April 24, 2007, is excluded from the time computations
7  required by the Speedy Trial Act due to ongoing preparation of counsel.

8  Dated:  March 26, 2007

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT