```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-0418 LKK |
| ) Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | Judge:   Honorable Lawrence K. |
| SEAN CHRISTOPHER ROBIDEAUX, ) | Karlton |
| ) Defendant. ) | |
| _____ ) | |

    This matter came on for Status Conference on April 24, 2007, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Laura Ferris appeared on behalf of plaintiff the United States of America.  Assistant Federal Defender Mary M. French appeared on behalf of defendant SEAN CHRISTOPHER ROBIDEAUX, whose presence was not required as a Waiver of Appearance is on file with the Court.  A further status conference was set for May 22, 2007, at 9:30 a.m.

    Accordingly, for the reasons stated in court, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from April 24, 2007, up to and including May 22, 2007.

1    Good cause appearing therefor,

2    IT IS ORDERED that a further status conference in this matter will
3 be held on May 22, 2007, at 9:30 a.m.

4    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
5 (iv) and Local Code T4, the period from April 24, 2007, up to and
6 including May 22, 2007, is excluded from the time computations required
7 by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:  May 10, 2007

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

Order After Hearing                 2