```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SEAN CHRISTOPHER ROBIDEAUX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-0418 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE |
| SEAN CHRISTOPHER ROBIDEAUX, | ) DATE: July 31, 2007 |
| Defendant. | ) TIME: 9:30 a.m. |
|  | ) Judge: Honorable Lawrence K. Karlton |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant SEAN CHRISTOPHER ROBIDEAUX, and Laura Ferris, Assistant United States Attorney, attorney for the plaintiff, that the Status Conference hearing date of July 3, 2007, be vacated and that a Status Conference hearing date of July 31, 2007, at 9:30 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

It is further stipulated that the period from July 3, 2007, through and including July 31, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

counsel and defense preparation.

                              Respectfully submitted,

Dated: June 28, 2007
                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Mary M. French
                              _____
                              MARY M. FRENCH
                              Supervising Assistant
                              Federal Defender
                              Attorney for Defendant
                              SEAN CHRISTOPHER ROBIDEAUX


Dated: June 28, 2007
                              MCGREGOR W. SCOTT
                              United States Attorney


                              /s/ Mary M. French for
                              _____
                              LAURA FERRIS
                              Assistant U.S. Attorney
                              per telephonic authorization


                              <u>ORDER</u>

IT IS SO ORDERED.

Dated: July 2, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order                        2