```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SEAN CHRISTOPHER ROBIDEAUX
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-0418 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE |
| SEAN CHRISTOPHER ROBIDEAUX, | ) DATE: August 7, 2007 |
| Defendant. | ) TIME: 9:30 a.m. |
|  | ) Judge: Honorable Lawrence K. |
|  | )        Karlton |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant SEAN CHRISTOPHER ROBIDEAUX, and Laura Ferris, Assistant United States Attorney, attorney for the plaintiff, that the Status Conference hearing date of July 31, 2007, be vacated and that a Status Conference hearing date of August 7, 2007, at 9:30 a.m. be set.

This continuance is requested because defense counsel needs additional time to review the plea agreement with defendant.

It is further stipulated that the period from July 31, 2007, through and including August 7, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2                                  Respectfully submitted,

3  Dated: July 27, 2007
                                    DANIEL J. BRODERICK
4                                   Federal Defender

5                                   /s/ Mary M. French
                                    _____
6                                   MARY M. FRENCH
                                    Supervising Assistant
7                                   Federal Defender
                                    Attorney for Defendant
8                                   SEAN CHRISTOPHER ROBIDEAUX

9

10 Dated: July 27, 2007              MCGREGOR W. SCOTT
                                    United States Attorney
11

12                                  /s/ Mary M. French for
                                    _____
13                                  LAURA FERRIS
                                    Assistant U.S. Attorney
14                                  per telephonic authorization

15
                                    ORDER
16

17 IT IS SO ORDERED.

18
   Dated: July 30, 2007
19

20                                  _____
                                    LAWRENCE K. KARLTON
21                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28

Stip and Order                           2