McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )     CR No. 06-418 LKK
                                   )
            Plaintiff,             )     PRELIMINARY ORDER OF
                                   )     FORFEITURE
       v.                          )
                                   )
SEAN ROBIDEAUX,                    )
                                   )
            Defendant.             )
_____)

       Based upon the plea agreement entered into between plaintiff

United States of America and defendant Sean Robideaux, it is hereby

       ORDERED, ADJUDGED AND DECREED as follows:

       1.   Pursuant to 18 U.S.C. § 2253, the following property shall

be condemned and forfeited to the United States of America, to be

disposed of according to law:

            a.   a Maxtor 160 giga byte hard drive, model
                 6Y160P0042811, serial number Y47ZY57E.

       2.   The above-listed property includes visual depictions of

minors engaged in sexually explicit conduct as described in 18

U.S.C. § 2256 and constitutes property that was used or intended to

be used to commit or to promote the commission of a violation of 18

1

U.S.C. § 2252(a)(4)(B).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.   The United States may, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 23rd day of October, 2007.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT