1  LAWRENCE G. BROWN
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    2:06-cr-00418-LKK
                                    )
12            Plaintiff,            )    FINAL ORDER OF FORFEITURE
                                    )
13       v.                         )
                                    )
14 SEAN ROBIDEAUX,                  )
                                    )
15            Defendant.            )
   _____)

16

17      WHEREAS, on or about October 24, 2007, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253, based upon the plea agreement entered into between

20 plaintiff and defendant Sean Robideaux forfeiting to the United

21 States the following property:

22            a.   a Maxtor 160 giga byte hard drive, model
                   6Y160P0042811, serial number Y47ZY57E.
23

24      AND WHEREAS, the United States provided direct written notice

25 to the following persons or entities known to have an interest in

26 the above-described property: Chris Kiessling; Joalie Robideaux;

27 Michael Hines; Rebecca Kelsey; William Robideaux; and Mark Lawson.

28      AND WHEREAS, the Court has been advised that no third party has

1  filed a claim to the subject property, and the time for any person

2  or entity to file a claim has expired.

3      Accordingly, it is hereby ORDERED and ADJUDGED:

4      1.  A Final Order of Forfeiture shall be entered forfeiting to

5  the United States of America all right, title, and interest in the

6  above-listed property pursuant to 18 U.S.C. § 2253, to be disposed

7  of according to law, including all right, title, and interest of

8  Sean Robideaux.

9      2.  All right, title, and interest in the above-listed property

10  shall vest solely in the name of the United States of America.

11      3.  The United States shall maintain custody of and control

12  over the subject property until it is disposed of according to law.

13      SO ORDERED THIS 31st day of August, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2                                    Final Order of Forfeiture