DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN CHRISTOPHER ROBIDEAUX,<br><br>　　　　Defendants. | Cr.S. 06-418-LKK<br><br>**UNOPPOSED MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES; ORDER**<br><br>DATE:<br>TIME:<br>JUDGE: Hon. Kendall J. Newman |

　　The defendant, SEAN ROBIDEAUX, hereby moves for an order granting his request for temporary release on Saturday, February 19, 2011, from approximately 10:30 a.m. to approximately 4:30 p.m. to attend the funeral of his grandmother, Veronica Catherine Robideaux (Mr. Robideaux spent extensive time with his grandmother as he was growing up.  Her death represents a significant loss to him).  Mr. Robideaux is currently in custody at the Sacramento County Main Jail having been detained pending completion of proceedings in the above captioned case; the matter is next scheduled for February 23, 2011, for the defendant to admit or deny the alleged violations.

Mr. Robideaux's grandmother passed away last week, due to natural causes. The funeral services are scheduled for Saturday, 19 February 2011, at 2:00 p.m. at Micheletti's Funeral Home, in Sacramento.  This death and the arrangements for services have been confirmed with Mr. William Robideaux, the defendant's father.

The government does not oppose this request so long as Mr. Robideaux is accompanied during the entire time of this temporary release by his father, and that his activity be limited to traveling from the jail to the funeral home, attending the funeral, and returning to the jail, forthwith.

Pursuant to discussions with the U.S. Marshal, Mr. William Robideaux will pick up Mr. Robideaux at the Sacramento County Main Jail, transport him to the funeral service and return him to the Sacramento County Main Jail immediately after the services.  Mr. Robideaux will remain in the custody of William Robideaux during the entire time of his release.

This arrangement parallels several others that have been authorized by this court over the past several years.

The court is advised that counsel has conferred with government counsel, Assistant U.S. Attorney, Kyle Reardon, the supervising probation officer, Michael Sipe, and the U.S. Marshal and is authorized to advise the court that none of the foregoing oppose this request. Counsel has also conferred with the Sacramento County Main Jail and has been advised that the release will be effectuated as requested herein so long as the U.S. Marshal has previously transmitted to the jail "the proper paperwork" notifying the jail that the temporary release has been authorized.

/ / /

1   For the above reasons, the defendant respectfully requests that the
2 Court allow this temporary release.
3 Dated: February 11, 2011

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX

DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 06-418-LKK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SEAN CHRISTOPHER ROBIDEAUX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The request for temporary release from custody to permit Mr. Robideaux to attend the funeral of his grandmother on 19 February, 2011, subject to the arrangements set forth in the attached motion, is hereby GRANTED.  Because this motion and order contains information of prisoner movements, Counsel is directed not to file this document until after Mr. Robideaux is returned to custody.

**IT IS SO ORDERED**.

By the Court,

Dated: February 18, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**4**