DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SEAN CHRISTOPHER ROBIDEAUX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SEAN CHRISTOPHER ROBIDEAUX,<br><br>　　　　　Defendants.<br>_____ | Cr.S. 06-418-LKK<br><br>**STIPULATION AND ORDER**<br><br>DATE: March 29, 2011<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

　　It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, SEAN CHRISTOPHER ROBIDEAUX, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Wednesday, February 23, 2011, be continued to Tuesday, March 29, 2011, at 9:15 a.m..

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

conference hearing, March 29, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: February 18, 2011        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew M. Scoble
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for Defendant
                                SEAN CHRISTOPHER ROBIDEAUX

DATED: February 18, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Matthew M. Scoble for
                                KYLE REARDON
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set February 23, 2011, status conference shall be continued to March 29, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, January 3, 2011, through and including the date of the new status conference hearing, February 23, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

   Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

   **IT IS SO ORDERED.**

DATED: February 22, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT